IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:

JACQUELINE BARKLEY,

      Plaintiff,

vs.

CIRCLE K STORES, INC d/b/a KANGAROO EXPRESS #6188,

      Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, JACQUELINE BARKLEY, and sues Defendant, CIRCLE K STORES, INC. D/B/A KANGAROO EXPRESS #6188 (herein after known as KANGAROO EXPRESS), and alleges:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 04/03/2023 09:16:36 AM

2. Plaintiff is a natural person residing in Duval County, Florida.

3. At all times material to this action, CIRCLE K STORES, INC. D/B/A KANGAROO EXPRESS #6188 is a Florida corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendants were the owner and in possession of that certain business located at 1003 N. Edgewood Ave. Jacksonville, FL 32254, said business being that of a gas station, open to the general public, including the Plaintiff herein.

5. On or about March 5, 2021, Plaintiff visited Defendant's premises located at the above address to get gas.

6. At said time and place, Plaintiff was a guest at the gas station, lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for his/her/their safety.

7. At said time and place, Defendants breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the crack in the pavement, thus creating a hazardous condition to members of the public utilizing said pavement, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   b) Negligently failing to inspect or adequately inspect the pavement, as specified above, to ascertain whether the crack in the pavement constituted a hazard to pedestrians utilizing said pavement, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the crack in the pavement, when Defendant knew or through the exercise of reasonable

care should have known that said pavement was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the pavement on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting Defendant's business, he/she/they slipped and fell on crack in the pavement, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his/her/their body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, JACQUELINE BARKLEY, sues the Defendant, KANGAROO EXPRESS, for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 27th day of March 2023.

**MORGAN & MORGAN**

 /s/ Ian A. Steiner
**IAN A. STEINER, ESQUIRE**
Florida Bar No.: 1002638
501 Riverside Ave, Suite 1200
Jacksonville, FL 32202
Primary email: ISteiner@forthepeople.com

2

Secondary email: JHicks@forthepeople.com
Telephone: (904) 944-8385
Facsimile: (904) 944-8485
Attorney for Plaintiff