UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACQUELINE BARKLEY,

    Plaintiff,

v.

                                  Case No. 3:23-cv-425-TJC-LLL

CIRCLE K STORES, INC.,

    Defendant.

_____

**O R D E R**

Upon review of the Stipulation of Dismissal (Doc. 22), filed on February 1, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 5th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record